UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS W. BUREK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | No. 06 Cv 5735 |
| ) | |
| FRESH AIRE, INC. ) | Honorable Judge Anderson |
| ) | Magistrate Judge Schenkier |
| Defendant. ) | |

## PLAINTIFFS' MOTION FOR SPECIFIC MONEY JUDGMENT

Now comes the Plaintiffs, THOMAS W. BUREK, et al., (hereinafter "Plaintiffs"), by and through their attorneys, Daley And George, LLP., and respectfully move this Court to enter an order awarding all Plaintiffs a Specific Money Judgment against the Defendant, FRESH AIRE, INC., (hereinafter "Defendant"), and in support of this application, state as follows:

1. Plaintiffs have filed a Motion for order of Default simultaneously with this motion.

2. Plaintiffs are entitled to a specific money judgment against the Defendant in the amount of $36,173.26 as damages for the amounts due for delinquent contributions assessment penalties and fines with regard to Plaintiff's respective member benefit funds. In support of this specific money judgment, Plaintiffs attach hereto as Exhibit 'A' the Affidavit of Joseph Ohm, Fund Administrator for Sheet Metal Workers' Local 73 Pension and Welfare Fund.

3. Pursuant to Section 1132 (g) (2) (D) of Chapter 29 of the United States Code, (29 U.S.C. 1132 (g) (2) (D)), Plaintiffs are entitled to the award of reasonable attorneys' fees and

costs incurred in the prosecution of this proceeding. In support of a specific money judgment in the amount of $2,152.50, Plaintiffs attach hereto as Exhibit 'B' the Affidavit of Robert T. Oleszkiewicz.

WHEREFORE, the Plaintiffs respectfully pray this Court enter an Order for partial specific money judgment in the amount of $38,325.76 in favor of all Plaintiffs and against the Defendant, FRESH AIRE, INC.

Respectfully submitted,

By: _____
Daley and George, LLP.
Attorneys For Plaintiffs

Daley And George, LLP.
Attorneys For Plaintiffs
20 South Clark Street
Suite 400
Chicago, Illinois 60603
Tele.: (312) 726-8797

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF COOK       )

## AFFIDAVIT OF JOSEPH OHM

I, JOSEPH OHM, affiant, being first duly sworn on oath, depose and say as follows:

1. I am presently the Fund Administrator of the Pension and Welfare Fund of the Sheet Metal Workers' International Association Local No. 73 of Chicago, Cook and Lake Counties, Illinois, and have held that position since August 2004.

By virtue of my authority in that position I have direct personal knowledge of all facts stated in this affidavit and if called as a witness could give testimony with respect thereto.

2. FRESH AIRE, INC. currently owes the respective Sheet Metal Workers' Local 73 member benefit funds the total amount of $36,173.26 consisting of $16,558.66 in contributions and $19,237.08 in assessment penalties. I have attached a typewritten schedule detailing all outstanding contributions and assessments due, marked Exhibit A and made a part hereof. The schedule accurately reflects the amounts which should have been contributed by FRESH AIRE, INC. to the respective Funds or Plan.

3. Sheet Metal Workers' Local 73 Fringe Benefit Fund has retained the law firm of Daley And George, LLP, 20 South Clark Street, Suite 400, Chicago, Illinois 60603, to pursue the collection of the above-stated delinquent contributions and assessment penalties.

*Plaintiffs' Motion Exhibit A* [handwritten annotation]

Further this Affiant sayeth not.

_____
Joseph Ohm

Subscribed and sworn to before me this 12th
Day of February, 2007

_____
Notary Public

OFFICIAL SEAL
KAREN S. MEIFERT
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-6-2008

-2-

## FRESH AIRE DELINQUENCIES

| MONTH WORKED | REPORT/AFFIDAVIT | TOTAL DUE |
|---|---|---|
| 05/2006 | Affidavit | 1,651.65 |
| 05/2006 | Affidavit | 377.52 |
| TOTAL | | $2,029.17 |
| 04/2006 | Affidavit | 629.20 |
| 04/2006 | Affidavit | 2,123.55 |
| TOTAL | | $2,752.75 |
| 03/2006 | Report | 6,313.23 |
| 03/2006 | Affidavit | 2,516.80 |
| TOTAL | | $8,830.03 |
| 02/2006 | Report | $8,509.93 |
| 01/2006 | Report | $7,193.75 |
| TOTAL | | $29,315.63 |
| Escrow & Payment | | ($12,756.97) |
| TOTAL OWED | | $16,558.66 |

## ASSESSMENTS

| MONTH | ASSESSMENT AMOUNT |
|---|---|
| 03/2006 | 946.99 |
| 02/2006 | 1,276.51 |
| 01/2006 | 1,079.07 |
| 10/2005 | 1,669.06 |
| 09/2005 | 1,102.96 |
| 07/2005 | 1,332.59 |
| 06/2005 | 1,526.31 |
| 05/2005 | 984.16 |
| 04/2005 | 1,926.14 |
| 03/2005 | 1,290.01 |
| 02/2005 | 1,905.82 |
| 08/2005 | 109.23 |
| 08/2004 | 1,273.43 |
| 07/2004 | 1,422.29 |
| 06/2004 | 1,392.51 |
| TOTAL | $19,237.08 |



STATE OF ILLINOIS    )
                     ) SS
COUNTY OF COOK )

## AFFIDAVIT OF ROBERT T. OLESZKIEWICZ

I, Robert T. Oleszkiewicz, affiant, first duly sworn on oath, depose and say as follows:

1. I am an attorney, license to practice law in the State of Illinois, and admitted and qualified to practice law in the State of Illinois, and admitted and qualified to practice law in the United State District Court for the Northern District of Illinois.

2. I am a member of the law firm of Daley And George, LLP., 20 South Clark Street, Suite 400, Chicago, Illinois 60603.

By virtue of my authority in that position I have direct personal knowledge of all facts stated in this affidavit and if called as a witness could give testimony with respect thereto.

3. On or about October 17, 2006, the law firm of Daley And George, LLP. was retained by Sheet Metal Workers' Local 73 to pursue the collection of delinquent contributions and assessment/liquidated damages from Fresh Aire, Inc., to its respective member benefit funds.

4. As attorney for the respective member benefit funds of Sheet Metal Workers' Local 73, the law firm of Daley And George, LLP., expended considerable time in the collection of delinquent contributions and assessment liquidated damages from Fresh Aire, Inc. An itemized statement of this time is attached as exhibit "A" and incorporated as part of this Affidavit.

5. The rate normally charged its clients by the firm of Daley And George, LP. for time in this type of proceeding is $200 per hour. The law firm worked 8.50 hours on this matter.

6. The law firm of Daley and George, LLP has made disbursements in the amount of $17.00, on behalf of the respective member benefit funds of the Sheet Metal Workers' Local 73 in connection with the collection of delinquent contributions and assessment liquidated damages

*Plaintiffs' motion Exhibit B*

from Fresh Aire, Inc. An itemized statement of expenses is attached as Exhibit "B" and incorporated as part of this affidavit.

                                                                 /s/ Robert T. Oleszkiewicz
                                                                Robert T. Oleszkiewicz

Subscribed and sworn to before me this 14th day of February, 2007.

/s/ Katherine M. Rybak
Notary Public

> "OFFICIAL SEAL"
> Katherine M. Rybak
> Notary Public, State of Illinois
> My Commission Expires Apr. 15, 2008

# **EXHIBIT A**
## Robert T. Oleszkiewicz / Attorney Time
## Burek vs. Fresh Aire

**FEES**

| Date | Description | Hours |
|---|---|---|
| 10/17/06 | Email from client on Fresh Aire | 0.50 |
| 10/17/06 | Draft Complaint and fax to client | 0.25 |
| 10/18/06 | Fax from client | 0.25 |
| 10/18/06 | Draft summons, civil cover sheet and appearances | 1.00 |
| 10/18/06 | Faxes to client on Fresh Aire and redraft Complaint | 0.50 |
| 10/20/06 | Prepare filing and file Complaint | 1.00 |
| 10/24/06 | Email from client on Fresh Aire | 0.25 |
| 10/30/06 | Conference with co-counsel on Fresh Aire | 0.25 |
| 12/01/06 | Telephone call and email regarding lawsuit | 0.75 |
| 12/01/06 | Letter to Fresh Aire on status | 0.25 |
| 01/11/07 | Receipt of order on Fresh Aire | 0.25 |
| 01/11/07 | Fax regarding defendant | 0.25 |
| 01/12/07 | Email regarding Fresh Aire | 0.25 |
| 01/19/07 | Letter to Fresh Aire regarding status | 0.25 |
| 01/26/07 | Receipt of order on Fresh Aire | 0.25 |
| 02/01/07 | Review docket on case | 0.25 |
| 02/06/07 | Prepare notice, motions and order for default and specific money judgment | 1.50 |
| 02/13/07 | Return of service filed and email confirmation | 0.50 |

Total hours: 8.50
**Total fees:** $1,700.00

# Exhibit B

## Burek, et al. v. Fresh Aire, Inc.

## Cost Report

| DATE | | AMOUNT |
|---|---|---|
| October 20, 2006 | Clerk of the United States District Court Filing Fee | $350.00 |
| October 27, 2006 | Service of Summons fee by LaSalle Process | $102.50 |
| Total: | | $452.50 |
| Total Fees and Costs: | | $2,152.50 |